# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY LOCKE,** | : | **CIVIL NO. 1:12-CV-01524** |
| **Plaintiff** | : | **(Judge Rambo)** |
| v. | : | |
| **DEPARTMENT OF CORRECTIONS SCI-DALLAS,** *et al.*, | : | |
| **Defendants** | : | |

## O R D E R

**AND NOW**, this 20th day of March, 2015, upon consideration of Defendants' Motion for Summary Judgment (Doc. 50), and for the reasons set forth in the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1) The Motion for Summary Judgment (Doc. 50) is **GRANTED**.

2) The Clerk of Court is directed to **ENTER** judgment in favor of Defendants and against Plaintiff.

3) The Clerk of Court is directed to **CLOSE** this case.

                                                  s/Sylvia H. Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge